JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

18cr10292

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** III     **Investigating Agency** IRS

**City** Topsfield (and elsewhere)     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 13-MJ-2350-MBB; 15-MJ-2155- MBB
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Valerie McCue     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Old Bridge, New Jersey

**Birth date (Yr only):** 1971   **SSN (last4#):** 5064   **Sex** F   **Race:** white   **Nationality:** U.S.

**Defense Counsel if known:** E. Peter Parker     **Address** 151 Merrimac Street

**Bar Number** _____     Boston, MA 02114

### U.S. Attorney Information:

**AUSA** Sandra S. Bower     **Bar Number if applicable** 787700(FL)

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

### Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8-27-18     **Signature of AUSA:** Sandra S. Bower

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Valerie McCue

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 USC 1343 | Wire Fraud | 1 |
| Set 2   26 USC 7201 | Tax Evasion | 2 |
| Set 3   26 USC 7206(1) | Filing False Tax Returns | 3 |
| Set 4   18 USC 981(a)(1)(c) & 28 USC 2461(c) | Forfeiture Allegations | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____